IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Davis, Jermaine L
Davis, Latasha B
Printed: 2/19/08

Case Number: 07 B 13970
Judge: Hollis, Pamela S
Filed: 8/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,580.00 |  |
| Secured: |  | 2,361.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,220.00 |
| Trustee Fee: |  | 261.52 |
| Other Funds: |  | 1,736.76 |
| Totals: | 6,580.00 | 6,580.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,220.00 | 2,220.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Ameristar Financial Company | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 3,693.00 | 184.65 |
| 5. | American Honda Finance Corporation | Secured | 23,073.00 | 2,177.07 |
| 6. | Americas Servicing | Secured | 4,000.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 29,861.38 | 0.00 |
| 8. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 10. | American Honda Finance Corporation | Unsecured | 1,359.13 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 291.56 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 97.01 | 0.00 |
| 14. | ER Solutions | Unsecured | 38.05 | 0.00 |
| 15. | American Honda Finance Corporation | Unsecured | 11.65 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 78.26 | 0.00 |
| 17. | USA Funds | Unsecured |  | No Claim Filed |
| 18. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 19. | Sallie Mae | Unsecured |  | No Claim Filed |
| 20. | USA Funds | Unsecured |  | No Claim Filed |
| 21. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 22. | GC Services | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 25. | CBCS | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Jermaine L
Davis, Latasha B
Printed: 2/19/08

Case Number: 07 B 13970
Judge: Hollis, Pamela S
Filed: 8/3/07

| | | | | |
|---|---|---|---|---|
| 26. | Professional Account Management | Unsecured | | No Claim Filed |
| 27. | Collection System | Unsecured | | No Claim Filed |
| 28. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 29. | Superior Asset Management | Unsecured | | No Claim Filed |
| 30. | CBCS | Unsecured | | No Claim Filed |
| 31. | Collection System | Unsecured | | No Claim Filed |
| 32. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 33. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 64,748.04 | $ 4,581.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 261.52 |
| | _____ |
| | $ 261.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*